Local Form 2084-2

# CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT

Case Number: 20-13419    Debtor(s) Name(s): Candice Childs

Financial Report for: May 2021 (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales    $3976.92
   - Sales Taxes Collected    $_____
   - **TOTAL INCOME** ............................................. $3976.92

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion    $75
   - Auto Fuel & Operations    $_____
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) _____    $_____
     - (b) _____    $_____
     - (c) _____    $_____
   - Employee Benefits:
     - (a) Hospitalization & Medical    $_____
     - (b) Retirement    $_____
     - (c) Other    $_____
   - Insurance Premiums (fire, theft, liability, etc.)    $55
   - Inventory, Materials & Supplies    $1707.07
   - Legal & Accounting    $_____
   - Maintenance & Repairs    $_____
   - Office Supplies    $_____
   - Other Business Expenses (itemize):
     - (a) _____    $_____
     - (b) _____    $_____
   - Postage & Shipping    $_____
   - Rent or Lease Expense for Business Location    $800
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.)    $_____
   - Taxes:
     - Employer's FICA (social security) contributions    $_____
     - Sales Taxes    $_____
     - Unemployment Taxes    $_____
   - Telephone & Utilities    $251.84
   - Workers' Compensation Insurance    $_____
   - **TOTAL COSTS AND EXPENSES** ............................. $2888.91

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]) ............ $1088.01

4. Total funds on hand and in bank account(s)    $1163.16
5. Total value of inventory on hand (cost basis)    $_____
6. Total accounts receivable    $_____
7. Total accounts payable    $_____

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: June 15, 2021

_Candice L Childs_
Debtor                                          Debtor