Local Form 2084-2

# CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT

Case Number: 20-13419   Debtor(s) Name(s): Candice Childs

Financial Report for: June 2021 (month and year)

1. **INCOME.**
    - Gross Business Receipts / Sales     $ 3375.37
    - Sales Taxes Collected                $ _____
    - TOTAL INCOME ........................ $ 3375.37

2. **COSTS AND EXPENSES.**
    - Advertising & Promotion              $ 75
    - Auto Fuel & Operations               $ _____
    - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
        - (a) Scratch                      $ 85.76
        - (b) _____                      $ _____
        - (c) _____                      $ _____
    - Employee Benefits:
        - (a) Hospitalization & Medical    $ _____
        - (b) Retirement                   $ _____
        - (c) Other                        $ _____
    - Insurance Premiums (fire, theft, liability, etc.)  $ 55
    - Inventory, Materials & Supplies      $ 2178.74
    - Legal & Accounting                   $ _____
    - Maintenance & Repairs                $ _____
    - Office Supplies                      $ _____
    - Other Business Expenses (itemize):
        - (a) _____                      $ _____
        - (b) _____                      $ _____
    - Postage & Shipping                   $ _____
    - Rent or Lease Expense for Business Location  $ 800
    - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.)  $ _____
    - Taxes:
        - Employer's FICA (social security) contributions  $ _____
        - Sales Taxes                      $ _____
        - Unemployment Taxes               $ _____
    - Telephone & Utilities                $ 251.84
    - Workers' Compensation Insurance      $ _____
    - TOTAL COSTS AND EXPENSES ............ $ 3446.34

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]) ........... $ -70.97

4. Total funds on hand and in bank account(s)   $ 1092.19
5. Total value of inventory on hand (cost basis) $ _____
6. Total accounts receivable                     $ _____
7. Total accounts payable                        $ _____

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: July 15, 20 21

_Candice R Childs_
Debtor                                Debtor